UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ZAVON JORDAN,

    Plaintiff,

vs.

WASHOE COUNTY, *et al.*,

    Defendants.

3:10-cv-00223-LRH-VPC

**ORDER**

    This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On October 29, 2010, the court dismissed plaintiff's complaint with leave to file an amended complaint if he was able to cure the deficiencies of the original complaint. (ECF No. 3). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

    More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's order.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of plaintiff to file an amended complaint.

    **IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

    DATED this 22nd day of December, 2011.

                                                                    LARRY R. HICKS
                                                                UNITED STATES DISTRICT JUDGE