AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF     NEVADA

ZAVON JORDAN,

        Plaintiff,          **JUDGMENT IN A CIVIL CASE**

  V.

                       CASE NUMBER: **3:10-CV-00223-LRH-VPC**

WASHOE COUNTY, et al.,

        Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for the failure of plaintiff to file an amended complaint.

   12/27/2011                              **LANCE S. WILSON**
                                       Clerk

                             /s/ P. McDonald
                             Deputy Clerk